FILED

2020 MAR 20 P 3:33

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> EDGARDO MENDEZ (2), <br><br> Defendant. | Case No. 20CR770-DMS <br><br> **JUDGMENT AND ORDER GRANTING UNITED STATES' MOTION TO DISMISS THE INFORMATION WITHOUT PREJUDICE** |

Upon the motion of the Government, and for good cause shown, IT IS HEREBY ORDERED THAT:

The United States' Motion to Dismiss the Information against EDGARDO MENDEZ without prejudice is GRANTED.

DATED: 3-20-20

_____
HON. DANA M. SABRAW
U.S. DISTRICT JUDGE